# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **ROGER L. FULMER,** | ) | |
| **Plaintiff,** | ) | Case No. 3:04-0879 |
| | ) | Judge Trauger |
| v. | ) | |
| **MPW INDUSTRIAL SERVICES, INC.,** | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 32) filed by the defendant, MPW Industrial Services, Inc., is **GRANTED**.

It is so ordered.

Enter this 8th day of February 2006.

ALETA A. TRAUGER
United States District Judge