UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROGER L. FULMER, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:04-0879 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| MPW INDUSTRIAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Sanctions Pursuant to Fed. R. Civ. Pro. 11 (Docket No. 54) filed by the defendant, MPW Industrial Services, Inc., is **DENIED**.

It is so ordered.

Enter this 21st day of June 2006.

ALETA A. TRAUGER
United States District Judge